USM

AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

**District of Minnesota**

JAN 16 3 15 PM '02

RECEIVED U.S. MARSHAL ST PAUL, MINN.

UNITED STATES OF AMERICA
v.
**DAVID ERNST VOSS**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: 01-CR-139

Thomas G. Dunnwald
Defendant's Attorney

## THE DEFENDANT:

[✔] pleaded guilty to Count 1 of the Indictment.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involves the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1513(b)(2) | Retaliation against a federal witness | | 1 |

RECEIVED U.S. MARSHAL MPLS. MINN. JAN 17 10 08 AM '02

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).
[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

Special Assessment Amount: $ 100 in full and immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **469170181**
Defendant's Date of Birth: **September 20, 1978**
Defendant's USM No.: **09915-041**
Defendant's Residence Address:
**Route 1, Box 106**
**Pine City, MN 55063**

Defendant's Mailing Address:

January 10, 2002
Date of Imposition of Judgment

Signature of Judicial Officer

**JAMES M. ROSENBAUM,**
United States Chief District Judge
Name & Title of Judicial Officer

January 11, 2002
Date

Filed JAN 15 2002
Richard D. Sletten, Clerk
Judgment Entd________
Deputy Clerk__________

A true copy in 5 sheet(s) of the record in my custody.
Certified 1-14, 2002
by ________ Deputy Clerk

SCANNED JUN 20 2008 U.S. DISTRICT COURT ST. PAUL

EXHIBIT-A

CASE NUMBER: 01CR139
DEFENDANT: DAVID ERNST VOSS



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months.

Defendant shall be given credit for time served.

[✔] The court makes the following recommendations to the Bureau of Prisons:
It is recommended that defendant participate in the Bureau of Prison's 500-hour residential drug abuse program and any psychiatric & psychological treatment available and prescribed.

[✔] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at ___ on ___.
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before _ on ___.
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ____________ to ____________

at ____________, with a certified copy of this judgment.

Subject was picked up at FCI Oxford
______, and on 11-18-04
delivered to CCC
for further removal / ~~the designated~~ institution.
[signature].
~~Lieutenant~~, USP-THA BUS

______________________________
UNITED STATES MARSHAL

By ______________________________
Deputy U.S. Marshal

A

PEKCD 540*23 * SENTENCE MONITORING * 09-05-2007
PAGE 002 OF 002 * COMPUTATION DATA * 11:45:16
AS OF 09-05-2007

REGNO..: 09915-041 NAME: VOSS, DAVID ERNST

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-28-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-01-2006 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-02-2004
TOTAL TERM IN EFFECT............: 60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 5 YEARS
EARLIEST DATE OF OFFENSE........: 05-08-2001

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 211
TOTAL GCT EARNED................: 81
STATUTORY RELEASE DATE PROJECTED: 04-04-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-01-2009

PROJECTED SATISFACTION DATE.....: 04-04-2009
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: PAROLED FROM MN DOC 11-02-2004 TO FEDERAL DETAINER. 12-01-04
UPDATED FOR JC. COMP UPDATED FOR DIS AT DSCC ON 11-28-2006.
RLF/T

G0000 TRANSACTION SUCCESSFULLY COMPLETED

EXHIBIT - B

```
[redacted] 540*23 *        SENTENCE MONITORING       *     06-15-2008
PAGE 002 OF 002 *          COMPUTATION DATA          *     14:14:40
                           AS OF 06-15-2008

REGNO..: 09915-041 NAME: VOSS, DAVID ERNST

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-26-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-17-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-02-2004
TOTAL TERM IN EFFECT............:    60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 05-08-2001

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 188
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 04-27-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-01-2009


PROJECTED SATISFACTION DATE.....: 04-27-2009
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: PAROLED FROM MN DOC 11-02-2004 TO FEDERAL DETAINER. 12-01-04
                UPDATED FOR JC. COMP UPDATED FOR DIS AT DSCC ON 11-28-2006.
                RLF/T. COMP UPDATED FOR DIS ON 10-26-2007. RLF/T
                05-17-08: FINAL AUDIT D/JIT
```

Carter
IA 1 CSW

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

B