## Certificate of Service

I hereby certify that I have served a true and correct copy of this "**Motion Seeking Courts' Authority under Rule 36 of the F.R.Cr.P.**" on the following

Thomas Dunnwald
Attorney at Law
412 South 4th Street
Suite 1150 E
Minneapolis, Minnesota
55415-1432

United States Attorneys Office
(Address Unknown)
*Requested Clerk of Court
to forward copy provided
to the US Attorneys Office

By Placing same in a postage prepaid enevelope and utilizing the Legal Mail System on this 16th day of June 2008

Signed [signature]

David Ernst Voss
Fed Reg No 09915-041
FCI
PO Box 5000
Pekin Illinois
61555-5000

SCANNED
JUN 20 2008
U.S. DISTRICT COURT ST. PAUL