Copy

June 16, 2008

Thomas Dunnwald
Attorney at Law

RECEIVED
JUN 20 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Time Sensitive Request**

Re: United States V David Voss, Case No. 01-CR-139-R

Dear Mr Dunnwald,

**I am writing you regarding my continued unlawful incarceration, and seeking your immediate assistance to correct same.** To refresh your memory, you were my counsel-of-record in this case.

Albeit, my case was resolved on January 10, 2002 by means of a guilty pleas. The Court imposed a 60 month sentence and gave me credit for time served.

I am still in Federal Prison serving that same 5 year sentence that should have expired no later than January 10, 2007. Therefore you can see my problem.

I am providing a copy of "Motion Seeking Courts Authority Under Rule 36 of the F.R.Cr.P." which I have submitted to the court contemporaneously with this letter. Please carefully review same and you will see what has happened.

I am asking you, in the interest of justice to take a few minutes and review the Sentencing Transcripts so you can see exactly what the Court stated. Morever I am also asking that you provide me with a copy of said transcript so I can utilize same.

My liberty interest is at stake here, all of which stems directly from your representation in this case. I am only asking that you diligently assist me in protecting my best interest.

**My viewpoints on this are very straightforward;**
1. The Federal Judge imposed a 60 month sentence on January 10, 2002 and Ordered that the defendant is hereby committed to the custody of the U.S. Bureau of Prisons.
2. At the time of the imposition of this Federal Sentence there was no other sentences of imprisonoment imposed any where else.
3. The Federal Judge has no authority to impose the Federal Sentence consecutive to any other sentence of imprisonment in another jurisdiction that has not yet been imposed!
4. My State sentence was imposed (as was my change of plea to guilty) after the Federal Sentence was already imposed, and it was to run concurrent to the Federal Sentence, and it did.

SCANNED
JUN 20 2008
U.S. DISTRICT COURT ST. PAUL

5. **I should have been released from Federal Custody No Later Than January 10, 2007.**

Please help me get this matter resolved as soon as possible. Please send me the sentencing transcript.

Sincerely

David E Voss

**** Reply Requested**

* Copy: File
Clerk of Court