In The United States District Court
**For The District of Minnesota**

United States of America )
Plaintiff )
)
Vs. ) Case No. 01-CR-139
) Honorable James M Rosenbaum
David Ernst Voss )
Defendant )

RECEIVED BY MAIL
JUL 07 2008
CLERK U.S. DISTRICT COURT MINNEAPOLIS

**NOTICE FOR SETTING**
Regarding Motion Seeking Courts' Authority Under Rule 36 of the F.R.Cr.P.

**Comes Now,** Defendant David Voss proceeding pro se, respectfully moves this Honorable Court for consideration and adjudication of the above referenced motion which was filed on June 20, 2008. Morever, the Defendant further requests that the Court consider the governments failure to submit any rejoinder as their concession to the Defendant's contentions.

Respectfully submitted,

David Ernst Voss
Defendant, Pro Se
Dated: July 3, 2008

SCANNED
JUL 07 2008
U.S. DISTRICT COURT ST. PAUL