United States District Court
For The District Of Minnesota

RECEIVED BY MAIL
SEP 2008
CLERK US DIST COURT MINNEAPOLIS MN

| | |
|---|---|
| United States Of America<br>Plaintiff<br>vs.<br>David Ernst Voss<br>Defendant | Case No. 01-CR-139-R. |

## NOTICE FOR SETTING

Comes Now, Defendant David Voss, proceeding pro se hereby respectfully moves this Court for consideration and adjudication of his pending Rule 36 Motion which addresses the Defendants contention that he remains incarcerated beyond the sentence imposed by this Court. A final Order is sought.

Respectfully submitted,

D. E. Voss

David Ernst Voss
Defendant, Pro se
Dated: September 4, 2008

SCANNED
SEP 15 2008
U.S. DISTRICT COURT MPLS